# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1108
_____

STEVEN MCBRIDE,

Appellant,

v.

ABDALLA ADAM,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Eric C. Roberson, Judge.

October 26, 2018

PER CURIAM.

AFFIRMED.

MAKAR, OSTERHAUS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Steven McBride, pro se, Appellant.

No appearance for Appellee.